# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00406-CV

**In re Brad Haskins and Sue Miller**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators have filed a motion to dismiss their petition for writ of mandamus. Relators state that real party in interest CACH has nonsuited the Rule 202 proceeding from which this proceeding originates and that the trial court has signed an order of nonsuit vacating its June 12, 2015 contempt order and dismissing the case, rendering Relators' mandamus petition moot. Relators certify that they have conferred with real party in interest CACH and that it does not oppose this motion. We grant the motion and dismiss the petition for writ of mandamus. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Relators' Motion

Filed:   January 6, 2016